**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REBECCA RIOS,<br><br>Plaintiff,<br><br>v.<br><br>CHAD E. MARTIN *in his official capacity as Chief of the Hanover Borough Police Department*, and HANOVER BOROUGH, PENNSYLVANIA,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:24-CV-01399<br><br><br><br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 28th day of August, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The motion to dismiss filed by Defendants, Chad Martin and Hanover Borough, Doc. 10, is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** with respect to Plaintiff's facial constitutional challenges. The motion is **GRANTED** with respect to Plaintiff's as-applied constitutional challenges. Accordingly, counts I and III of the complaint are **DISMISSED WITHOUT PREJUDICE**.

2. The motion to dismiss filed by Intervenor Defendant, the Attorney General of Pennsylvania, Doc. 42, is **DENIED**.

3. Plaintiff may file an amended complaint within 21 days of this order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania