# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

REBECCA RIOS,

      *Plaintiff*,

v.

CHAD E. MARTIN, in his official capacity as
Chief of the Hanover Borough Police
Department and HANOVER BOROUGH,
PENNSYLVANIA,

      *Defendants*.

Civil Action No. 1:24-CV-01399

### CERTIFICATE OF CONFERENCE & CONCURRENCE

Pursuant to this Court's order, the undersigned counsel certifies that on September 12, 2025, counsel for all parties conferred via email regarding Plaintiff's Motion for Extension of Time to File Amended Complaint. The undersigned counsel further certifies that counsel for Defendants and the Commonwealth concur with the relief requested in Plaintiff's Motion.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Alexa L. Gervasi*
Alexa L. Gervasi
Pennsylvania Bar No. 334530
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
alexa@cobbjohns.com

*Counsel for Plaintiff, Rebecca Rios*

1