# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rebecca Rios, | No. 1:24-cv-1399 |
| Plaintiff, | Judge Jennifer P. Wilson |
| v. | Electronically Filed Document |
| Chat E. Martin, *et al.*, | |
| Defendants. | |

## THE ATTORNEY GENERAL'S MOTION TO PARTIALLY DISMISS THE FIRST AMENDED COMPLAINT

Intervenor the Attorney General of Pennsylvania moves to partially dismiss Plaintiff Rebecca Rios's First Amended Complaint, ECF No. 58. Specifically, the Attorney General moves to dismiss Counts II, IV, and V from that pleading.

Pursuant to Local Rule 7.9, the Attorney General respectfully requests oral argument on this motion.

                                                  Respectfully submitted,

October 30, 2025                                  DAVID W. SUNDAY, JR.
                                                  Attorney General of Pennsylvania


                                                  /s/ Jacob Frasch
Office of Attorney General                        Jacob Frasch
15th Floor, Strawberry Square                     Deputy Attorney General
(717) 783-7560                                    Attorney ID 328362
jfrasch@attorneygeneral.gov
                                                  NICOLE R. DITOMO
                                                  Chief Deputy Attorney General
                                                  Civil Litigation Section

                                                  Counsel for the Attorney General of
                                                  Pennsylvania

## CERTIFICATE OF CONCURRENCE

I certify that I sought concurrence in the foregoing motion from all counsel of record.

Counsel for Defendants Chad E. Martin and Hanover Borough, Pennsylvania, concurs in this motion.

Counsel for Plaintiff Rebecca Rios does not concur.

*/s/ Jacob Frasch*
Jacob Frasch


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing and all attachments was served on all counsel of record by this Court's electronic filing system on October 30, 2025.

*/s/ Jacob Frasch*
Jacob Frasch